# EXHIBIT 1

# EXHIBIT 1

**Charles Coons**
___

| | |
|---|---|
| From: | generalmanager@domainsbyproxy.com |
| Sent: | Thursday, June 10, 2010 6:37 AM |
| To: | Charles Coons |
| Subject: | [FWD: RE: [FWD: Righthaven request for information]] |

Dear Mr. Coons,

We apologize for the delay in responding to your request. Though we responded yesterday afternoon, we learned that our email was not delivered due to mistyping your email address. Therefore, we are forwarding our original response to you.

Thank you!

Sincerely,

L. Villeneuve
Office of the General Manager
Domains By Proxy, Inc.

> -------- Original Message --------
> Subject: RE: [FWD: Righthaven request for information]
> From: <generalmanager@domainsbyproxy.com>
> Date: Wed, June 09, 2010 3:37 pm
> To: CCoons@righthaen.com
>
>
> Dear J. Charles Coons,
>
> Your email to Kelly Lewis was forwarded to our department for a response. We have reviewed the information you provided concerning the domain name WISEWAGERING.COM. Based upon your representations, we are disclosing our customer's non-public contact information so that you may pursue legal redress against the proper party.
>
> Registrant:
>
> John Thomas
> 100 Bowery St.
> Frostburg Maryland 21532
>
> Technical:
>
> John Thomas
> 100 Bowery St.
> Frostburg Maryland 21532
> phone: 3016979632
> email: johnmthomas48@verizon.net
>
> Administrative:
>
> John Thomas

1

100 Bowery St.
Frostburg Maryland 21532
phone: 3016979632
email: johnmthomas48@verizon.net

Please be advised that the information above was provided to us by our customer. Therefore, Domains By Proxy cannot guarantee its accuracy. If any of the information proves to be invalid, please let us know and we'll take steps to request updated information from our customer. Feel free to contact us with any questions.

Sincerely,

L. Villeneuve
Office of the General Manager
Domains By Proxy, Inc.

> -------- Original Message --------
> Subject: Righthaven request for information
> From: Charles Coons <CCoons@righthaven.com>
> Date: Wed, June 09, 2010 3:00 pm
> To: Kelly Lewis <klewis@domainsbyproxy.com>
>
> Dear Mr. Lewis:
>
> Righthaven LLC has identified multiple copyright infringements on the domain <wisewagering.com> of Righthaven-owned literary works. The <wisewagering.com> Internet domain is registered to Domains by Proxy, Inc. through GoDaddy.com Inc.
>
> Righthaven will be forced to include Domains by Proxy Inc. in a pending law suit if the valid identity of the owner of <wisewagering.com> is not provided to Righthaven. Righthaven formally requests that Domains by Proxy Inc. sends Righthaven the contact information of the owner, administrative contact, and technical contact for <wisewagering.com>.
>
> Thank you for your assistance in this matter. Please contact me if you have any questions or concerns.
>
> Best regards,
> Charles
>
> J. Charles Coons, Esq.
> Assistant General Counsel
> RIGHTHAVEN LLC
> Conquistador Business Park
> 9960 West Cheyenne Avenue, Suite 210
> Las Vegas, Nevada 89129
> Main: (702) 527-5900
> Fax: (702) 527-5909

2

# EXHIBIT 2

# EXHIBIT 2

# LAS VEGAS REVIEW-JOURNAL
## reviewjournal.com

February 10, 2010
Copyright © Las Vegas Review-Journal

## Nevada books win 8 percent as handle rises

Matt Youmans

By MATT YOUMANS

LAS VEGAS REVIEW-JOURNAL

On the field, where Drew Brees led the New Orleans Saints to an upset victory, the Super Bowl featured a surprising finish. At **Nevada** sports **books**, the results were more predictable.

The statewide wagering **handle** of $82.7 million represented a slight increase from the game's 2009 **handle**, and the **books** posted a **win** for the 14th time in 15 years, holding **8**.3 **percent**.

Brees and the Saints, 4½-point underdogs, overcame a 10-point deficit to defeat the Indianapolis Colts 31-17 on Sunday. The matchup was attractive, but a down economy is showing even the Super Bowl has its betting limits.

A state-record $94.5 million was wagered on the game in 2006. But the **handle** of $81.5 million last year was an 11.5 **percent** decrease from 2008.

"I guess what we're seeing is an absolute leveling off," said Jimmy Vaccaro, a longtime bookmaker and the director of operations for Lucky's sports **books**. "I just think the wall is there ... until the economy turns around."

The state's 182 sports **books** won $6.85 million for a **win** of **8**.3 **percent**, according to figures released Tuesday by the Gaming Control Board. The wagering numbers were consistent with 2009, when the **books** won $6.7 million (**8**.2 **percent**).

"I thought we'd see a higher **handle** around $86 million," Vaccaro said. "But we had our little **win**, and I'll still take that."

A late rush of wagering on the Saints — either with the points or at about plus-180 to **win** on the money line — cut into the **books**' profits. But early wagering on the Colts, including some large money-line plays, and parlay cards were major sources of revenue for some **books**.

One sports **book** director said parlay cards were a "huge contributor" to the state's **win**.

"The Las Vegas sports **books** are getting too greedy by putting out the 'Ties Lose' parlay cards," professional gambler Steve Fezzik said. "When you start putting the number of field goals at 3 and the number of sacks at 3, you're ripping off the public. Those are certainly things that have about a 50 **percent** chance to land right on the number. I'm not saying it's not legal, but I think it's too greedy to be ripping off the public like that."

On some "Ties Lose" parlay cards, the total pass receptions for the Saints' Reggie Bush was set at four. Bush had four receptions, so everyone who bet the prop was a loser.

SUPER BOWL BETTING HISTORY

A summary of performances by **Nevada** sports **books** for the past 10 Super Bowls:

Year Wagers **Win**/(Loss) **Win** Pct. Score

2010 $82,726,367 $ 6,857,101 **8**.3 Saints 31, Colts 17

2009 $81,514,748 $ 6,678,044 **8**.2 Steelers 27, Cardinals 23

2008 $92,055,833 $(2,573,103) (2.**8**) Giants 17, Patriots 14

2007 $93,067,358 $12,930,175 13.9 Colts 29, Bears 17

2006 $94,534,372 $ **8**,828,431 9.3 Steelers 21, Seahawks 10

2005 $90,759,236 $15,430,138 17.0 Patriots 24, Eagles 21

2004 $81,242,191 $12,440,698 15.3 Patriots 32, Panthers 29

2003 $71,693,032 $ 5,264,963 7.3 Buccaneers 48, Raiders 21

2002 $71,513,304 $ 2,331,607 3.3 Patriots 20, Rams 17

2001 $67,661,425 $11,002,636 16.3 Ravens 34, Giants 7

SOURCE: **Nevada** Gaming Control Board

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

# EXHIBIT 3

# EXHIBIT 3



Welcome, **Guest**. Please login or register.
Did you miss your activation email?
Jun 21, 2010, 05:02pm



**News:** Sponsor of the month is **WSEX**. Dimeline for baseball.  Our oldest sponsor.**WSEX**

# WiseWagering.com
Established May, 2001
**Sports gambling forum,information,picks,contests**

| WSEX | Diamond | CRIS | CarbonPoker |
| FullTilt | WagerWeb | DoylesRoom | BookMaker | Matchbook |

WiseWagering.com Forums
  Non-Sports
    Removed forums
      National Football League
        Nevada sports books win 8 percent as Super Bowl handle rises

« previous next »

Pages: [1] go down



Author | Topic: Nevada sports books win 8 percent as Super Bowl handle rises  (Read 238 times)

**DMH**
Gold Member
Posts: 7487

**Nevada sports books win 8 percent as Super Bowl handle rises**
« **on:** Feb 10, 2010, 05:26pm »

**Nevada sports books win 8 percent as Super Bowl handle rises**

**By MATT YOUMANS**
**LAS VEGAS REVIEW-JOURNAL**

Super Bowl XLIV

On the field, where Drew Brees led the New Orleans Saints to an upset victory, the Super Bowl featured a surprising finish. At Nevada sports books, the results were more predictable.

The statewide wagering handle of $82.7 million






represented a slight increase from the game's 2009 handle, and the books posted a win for the 14th time in 15 years, holding 8.3 percent.

Brees and the Saints, 4 1/2-point underdogs, overcame a 10-point deficit to defeat the Indianapolis Colts 31-17 on Sunday. The matchup was attractive, but a down economy is showing even the Super Bowl has its betting limits.

A state-record $94.5 million was wagered on the game in 2006. But the handle of $81.5 million last year was an 11.5 percent decrease from 2008.

"I guess what we're seeing is an absolute leveling off," said Jimmy Vaccaro, a longtime bookmaker and the director of operations for Lucky's sports books. "I just think the wall is there ... until the economy turns around."

The state's 182 sports books won $6.85 million for a win of 8.3 percent, according to figures released Tuesday by the Gaming Control Board. The wagering numbers were consistent with 2009, when the books won $6.7 million (8.2 percent).

"I thought we'd see a higher handle around $86 million," Vaccaro said. "But we had our little win, and I'll still take that."

A late rush of wagering on the Saints -- either with

the points or at about plus -180 to win on the money line -- cut into the books' profits. But early wagering on the Colts, including some large money-line plays, and parlay cards were major sources of revenue for some books.

One sports book director said parlay cards were a "huge contributor" to the state's win.

"The Las Vegas sports books are getting too greedy by putting out the 'Ties Lose' parlay cards," professional gambler Steve Fezzik said. "When you start putting the number of field goals at 3 and the number of sacks at 3, you're ripping off the public. Those are certainly things that have about a 50 percent chance to land right on the number. I'm not saying it's not legal, but I think it's too greedy to be ripping off the public like that."

On some "Ties Lose" parlay cards, the total pass receptions for the Saints' Reggie Bush was set at four. Bush had four receptions, so everyone who bet the prop was a loser.

 Logged

"Nobody is always a winner, and anybody who says he is, is either a liar or doesn't play poker."
Amarillo Slim

"The racetrack is a place where windows clean people." VP Pappy

"In a bet there is a fool and a thief."  ~Proverb

Pages: [1]  go up                                print

« previous next »

Nevada sportsbooks win 8 percent as Super Bowl handle rises
Case 2:10-cv-01026-HDM-RJJ Document 5-1   Filed 06/25/10   Page 11 of 14
Page 4 of 4

Jump to: [===> National Football League ▼] [go]

Powered by SMF 1.1.11 | SMF © 2006-2009, Simple Machines LLC

# EXHIBIT 4

# EXHIBIT 4



Welcome, **Guest**. Please login or register.
Did you miss your activation email?
Jun 25, 2010, 04:13pm



**News:** Sponsor of the month is **WSEX**. Dimeline for baseball. Our oldest sponsor. **WSEX**

# WiseWagering.com
Established May, 2001
**Sports gambling forum, information, picks, contests**

**WSEX**    **Diamond**    **CRIS**    **CarbonPoker**
**FullTilt**    **WagerWeb**    **DoylesRoom**    **BookMaker**    **Matchbook**

## WiseWagering.com Forums



| Board name | Topics | Posts | Last post |
|---|---|---|---|
| **Sports** | | | |
| **General Board** | 14 | 38 | **Today** at 11:44 am in Re: Friday, June 25 by JohnWise |
| **Non-Sports** | | | |
| **Finances** — Discussions on stocks, investments. | 21 | 79 | Sep 18, 2009, 09:26pm in Re: Tough year but I got... by Outlaw |
| **Promotions** — Special incentives from WiseWagering ONLY. | 71 | 5969 | Jun 01, 2010, 02:46pm in WSEX sponsor of the mont... by JohnWise |

### WiseWagering.com Forums - Info Center

**Members**


**Members List**
Searchable list of all registered members.

**Forum Stats**

Total Topics: **22359**    Total Posts: **74780**
Latest Post: "Re: Friday, June 25" (**Today** at 11:44 am)
View the most recent posts on the forum.
[More Stats]

Total Members: **936**
Latest Member: **Hohlipi9874**

**Users Online**

11 Guests, 1 User
Users active in past 15 minutes:
JohnWise

Most Online Today: **18**. Most Online Ever: 93 (May 26, 2010, 11:06pm)

Powered by SMF 1.1.11 | SMF © 2006-2009, Simple Machines LLC