1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN THOMAS, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01026-HDM-RJJ<br>ORDER on<br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |
|---|---|

  Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Friday, June 25, 2010 for copyright infringement against John Thomas ("Mr. Thomas"). Righthaven and Mr. Thomas have agreed to settle the matter by a written agreement.

  Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

1

Dated this third day of August, 2010.

                                                RIGHTHAVEN LLC

By: /s/ J. Charles Coons
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

ORDER

Pursuant to plaintiff Righthaven LLC's Voluntary Dismissal with Prejudice (#7), this action is DISMISSED with prejudice.

It is so ordered.

Dated: August 3, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

2